KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
NETFLIX, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETFLIX, INC., a California Corporation,<br><br>                                      Plaintiff,<br><br>     v.<br><br>NCR CORPORATION, a Maryland Corporation,<br><br>                                      Defendant. | Civil Action No. C 06-1892 EDL<br><br>**ANSWER TO COUNTERCLAIMS OF COUNTERCLAIMANT NCR CORPORATION** |
| NCR CORPORATION, a Maryland Corporation,<br><br>                                      Counterclaimant,<br><br>     v.<br><br>NETFLIX, INC., a California Corporation,<br><br>                                      Counterdefendant. | |

Counterdefendant Netflix, Inc. ("Netflix") answers Counterclaimant NCR Corporation's ("NCR") counterclaims as follows:

**STATEMENT OF FACTS**

58. Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in those paragraphs.

**NATURE OF ACTION**

59. Netflix admits that this action generally arises out of the patents laws of the United States, codified at 35 U.S.C. §1, et seq. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments of this paragraph.

**PARTIES**

60. Netflix admits the averments in paragraphs 1 and 2 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in those paragraphs.

**JURISDICTION**

61. Admitted.

**VENUE**

62. Netflix admits that venue is proper in this judicial district. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments of this paragraph.

**FACTUAL BACKGROUND**

63. Netflix is without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and on that basis denies the same.

64. Admitted.

65. Netflix admits that NCR has accused the website www.netflix.com including the system or systems, including hardware, data, firmware, and software, that constitute it or make the operation of it possible, of infringing one or more of the NCR Patents. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments of this paragraph.

**FIRST COUNTERCLAIM FOR RELIEF**
**(Infringement of the '526 Patent)**

66. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full.  Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint.  Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

67. Denied.

**SECOND COUNTERCLAIM FOR RELIEF**
**(Infringement of the '643 Patent)**

68. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full.  Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint.  Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

69. Denied.

**THIRD COUNTERCLAIM FOR RELIEF**
**(Infringement of the '791 Patent)**

70. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full.  Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint.  Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

71. Denied.

**FOURTH COUNTERCLAIM FOR RELIEF**
**(Infringement of the '403 Patent)**

72. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full.  Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint.  Otherwise, except as specifically admitted herein, Netflix

1  denies the remaining averments in paragraphs 1-57 of the Answer.

2      73.    Denied.

### FIFTH COUNTERCLAIM FOR RELIEF
### (Infringement of the '997 Patent)

74. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full. Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

75. Denied.

### SIXTH COUNTERCLAIM FOR RELIEF
### (Infringement of the '203 Patent)

76. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full. Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

77. Denied.

### SEVENTH COUNTERCLAIM FOR RELIEF
### (Infringement of the '855 Patent)

78. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full. Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

79. Denied.

### EIGHTH COUNTERCLAIM FOR RELIEF
### (Infringement of the '096 Patent)

80. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth

herein in full. Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

81. Denied.

## NINTH COUNTERCLAIM FOR RELIEF
### (Infringement of the '931 Patent)

82. Netflix responds to the averments incorporated by reference in this paragraph by hereby incorporating its responses as set forth above in paragraphs 58-65 above as if set forth herein in full. Netflix admits the averments in paragraphs 1-57 of NCR's Answer that admit allegations set forth in the Complaint. Otherwise, except as specifically admitted herein, Netflix denies the remaining averments in paragraphs 1-57 of the Answer.

83. Denied.

## FIRST AFFIRMATIVE DEFENSE
### (Invalidity)

84. On information and belief, the asserted patents are invalid at least for failure to satisfy one or more of the conditions of Title 35 United States Code, including without limitation, Sections 101, 102, 103, and 112 thereof.

## SECOND AFFIRMATIVE DEFENSE
### (Unenforceability)

85. On information and belief, the asserted patents are unenforceable by virtue of inequitable conduct, including but not limited to the failure to disclose all known material prior art to the Patent and Trademark Office.

## PRAYER FOR RELIEF

86. The Prayer for Relief does not contain averments that Netflix must either admit or deny pursuant to the Federal Rules of Civil Procedure. However, to the extent there are any averments requiring response, Netflix hereby denies the same.

87. Except as specifically admitted above, all averments contained in the Counterclaims are herby denied.

88. Netflix reserves the right to assert additional defenses as the bases for such defenses are learned through discovery.

Dated: April 28, 2006                                    KEKER & VAN NEST, LLP

By: /s/ Daralyn J. Durie
DARALYN J. DURIE
Attorneys for Plaintiff and
Counterdefendant
NETFLIX, INC.