KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
NETFLIX, INC.

MAYER, BROWN, ROWE & MAW LLP
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrownrowe.com
JOSHUA M. MASUR (SBN 203510)
jmasur@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

[Additional counsel listed on signature page]

Attorneys for Defendant and Counterclaimant
NCR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| NETFLIX, INC., a California Corporation,<br><br>                             Plaintiff,<br><br>     v.<br><br>NCR CORPORATION, a Maryland Corporation,<br><br>                             Defendant. | Civil Action No. C 06-1892 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| NCR CORPORATION, a Maryland Corporation,<br><br>                             Counterclaimant,<br><br>     v.<br><br>NETFLIX, INC., a California Corporation,<br><br>                             Counterdefendant. | |

The parties stipulate that they will pursue ADR through the Court's Mediation program, **, to the extent possible,** and request that the Court order the Mediation to be held on or before June 10, 2006. In consideration of the parties' agreement to mediate, the parties request that the Court continue the case-management conference presently scheduled for July 11, 2006, as well as the associated obligations set forth in the Order Setting Initial Case Management Conference and ADR Process dated March 6, 2006, by five weeks. No previous time modifications have been entered in this Action.

The parties therefore stipulate and agree, as required by Local Rules 6-2, 7-12, and 16-2(e), that the Court should modify its Order Setting Initial Case Management Conference as follows:

- The case-management-conference shall occur in Courtroom E, 15th Floor at 10:00 A.M. on August 15, 2006.
- The parties' last day to complete initial disclosures or state objections to such disclosures in their Rule 26(f) report, and to file and serve their case-management statement and Rule 26(f) report shall be August 9, 2006.
- The parties' last day to meet and confer as to initial disclosures, early settlement, and their discovery plan shall be July 25, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 12, 2006

_____
THE HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

---

1
STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS AND CONTINUING INITIAL
CASE MANAGEMENT CONFERENCE
CIVIL ACTION NO. C 06-1892 EDL

372909.01

| | |
|---|---|
| Dated:  May 11, 2006 | KEKER & VAN NEST, LLP |
| | By:  /s/  Daralyn J. Durie _____<br>Daralyn J. Durie<br>Attorneys for Plaintiff and<br>Counterdefendant<br>NETFLIX, INC. |
| Dated:   May 11, 2006 | MAYER BROWN ROWE & MAW, LLP |
| | By:  /s/  Michael A. Molano _____<br>Michael A. Molano<br>Attorneys for Defendant and<br>Counterclaimant<br>NCR CORPORATION |

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Michael A. Molano, Esq., Attorney for Defendant and Counterclaimant NCR Corporation.

Dated: May 11, 2006                By:    /s/ Daralyn J. Durie

MAYER, BROWN, ROWE & MAW LLP
PAUL R. GUPTA (*Pro hac vice*)
pgupta@mayerbrownrowe.com
CLIFFORD R. MICHEL (*Pro hac vice*)
cmichel@mayerbrownrowe.com
1675 Broadway
New York, New York  10019-5820
Telephone:  (212) 506-2500
Facsimile:  (202) 262-1910

Attorneys for Defendant and Counterclaimant
NCR CORPORATION