KEKER & VAN NEST, LLP
JEFFREY R. CHANIN - #103649
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Plaintiff and Counterdefendant
NETFLIX, INC.

MAYER, BROWN, ROWE & MAW LLP
MICHAEL A. MOLANO (SBN 171057)
mmolano@mayerbrownrowe.com
JOSHUA M. MASUR (SBN 203510)
jmasur@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

[Additional counsel listed on signature page]

Attorneys for Defendant and Counterclaimant
NCR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETFLIX, INC., a California Corporation,<br><br>                              Plaintiff,<br><br>     v.<br><br>NCR CORPORATION, a Maryland Corporation,<br><br>                              Defendant.<br><br>AND RELATED CLAIMS. | Civil Action No. C 06-1892 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

# STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiff and Counterdefendant Netflix, Inc., ("Netflix") and Defendant and Counterclaimant NCR Corporation ("NCR"), through their respective counsel of record, that:

1. Netflix filed the Complaint in this action on March 10, 2006;
2. NCR filed an Answer and Counterclaim on April 5, 2006;
3. Netflix filed an Answer to Counterclaims on April 28, 2006;
4. Because the parties have reached a settlement in this action, Netflix hereby dismisses its claims and defenses with prejudice and NCR hereby dismisses its counterclaims and defenses with prejudice pursuant to Federal Rule of Civil Procedure 41(a); and
5. Each party will bear its own legal expenses, including without limitation, attorneys' fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                        THE HON. ELIZABETH D. LAPORTE
                                        UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| Dated: June 23 , 2006 | | KEKER & VAN NEST, LLP |
| | By: | /s/ Daralyn J. Durie |
| | | DARALYN J. DURIE |
| | | Attorneys for Plaintiff and Counterdefendant |
| | | NETFLIX, INC. |
| | | |
| Dated:  June 23, 2006 | | MAYER BROWN ROWE & MAW, LLP |
| | By: | /s/ Clifford R. Michel |
| | | CLIFFORD R. MICHEL |
| | | Attorneys for Defendant and Counterclaimant |
| | | NCR CORPORATION |

I hereby attest, pursuant to section X of General Order 45, that concurrence in the filing of this document has been obtained from Clifford R. Michel, Esq., Attorney for Defendant and Counterclaimant NCR Corporation.

Dated:  June 23, 2006                       By: /s/ Daralyn J. Durie
                                                                    DARALYN J. DURIE

MAYER, BROWN, ROWE & MAW LLP
PAUL R. GUPTA (*Pro hac vice*)
pgupta@mayerbrownrowe.com
CLIFFORD R. MICHEL (*Pro hac vice*)
cmichel@mayerbrownrowe.com
1675 Broadway
New York, New York  10019-5820
Telephone:  (212) 506-2500
Facsimile:  (202) 262-1910

Attorneys for Defendant and Counterclaimant
NCR CORPORATION